

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00322-CR

| | | |
|---|---|---|
| JASON ARTHUR DUCHESNEAU, Appellant | § | On Appeal from County Criminal Court No. 1 |
| | § | of Tarrant County (1522441) |
| V. | § | June 13, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the assessed court costs of $259. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
   Justice Dabney Bassel